IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
        v.                      :
                                :
PEDRITO SANTIAGO MORETA         :        NO. 06-96-01

<u>ORDER</u>

AND NOW, this 12th day of May 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Pedrito Santiago Moreta to vacate his sentence pursuant to 28 U.S.C. § 2255 is DENIED; and

(2)  no certificate of appealability is issued.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.